# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY EUGENE JORDAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RONALD RACKLEY, Warden,<br><br>　　　　Respondent. | Case No. CV 16-6004 RSWL (MRW)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 4/26/2017　　　　　　　　　s/ RONALD S.W. LEW
　　　　　　　　　　　　　　　　HON. RONALD S. W. LEW
　　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE